**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Arthur A. MITCHELL, Defendant—**
**Appellant.**

**No. 07–7570.**

United States Court of Appeals,
Fourth Circuit.

Submitted:  Feb. 28, 2008.

Decided:  March 7, 2008.

Arthur A. Mitchell, Appellant Pro Se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur A. Mitchell appeals the district court's order denying his motions for preparation of a transcript at Government expense and an extension of time in which to file a 28 U.S.C. § 2255 (2000) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *United States v. Mitchell,* No. 9:03–cr–00590–SB (D.S.C. filed Oct. 9, 2007 & entered Oct. 10, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*